Entered on Docket
April 14, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 14 2010
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

MELODIE A. WHITSON (CA SBN 253992)
CASPER J. RANKIN (CA SBN 249196)
ANNE W. HAMANN (CA SBN 254327)
PAUL OUDOM (CA SBN 237672)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CASB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-4

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>AMELIA CARDENAZ RODRIGUEZ,<br><br><br><br><br><br>Debtor(s). | Case No. 10-42117-RJN<br><br>Chapter 13<br><br>R.S. No. CJR-721<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE: April 14, 2010<br>TIME: 10:30 am<br>CTRM: 220<br><br>Northern District of California - Oakland Division<br>United States Bankruptcy Court<br>1300 Clay Street, Suite 300<br>Oakland, CA 94604-1426 |

The above-captioned matter came on for hearing on April 14, 2010, at 10:30 AM, in Courtroom 220, upon the Motion of US Bank National Association, as Trustee for CASB Mortgage-Backed Pass-Through Certificates, Series 2006-4 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Amelia Cardenaz Rodriguez ("Debtor") commonly known as 109 L Street, Sparks, Nevada 89431 (the "Real Property"), which is legally described as follows:

/././

Lot 15, in Block 19, of ADDITION NO.4 TO GREENBRAE TERRACE SUBDIVISION, SPARKS, NEVADA, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on October 2, 1952, under File No. 209780, and as Tract Map No. 473.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust, and pursuant to applicable state law;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Upon foreclosure, in the event Debtor fails to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

5. Upon entry of this Order, the Chapter 13 Trustee shall cease making payments in regard to Movant's claim filed in this bankruptcy case;

6. Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case; and

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

DATED: 4/14/10

_____
UNITED STATES BANKRUPTCY JUDGE

** END OF ORDER **

Case: 10-42117   Doc# 15   Filed: 04/14/10   Entered: 04/14/10 15:49:48   Page 2 of 3

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200 |
| 3 | P.O. Box 17933<br>San Diego, CA 92177-0933 |
| 4 | |
| 5 | Amelia Cardenaz Rodriguez<br>21699 Haviland Ave. |
| 6 | Hayward, CA 94541 |
| 7 | Sarah Lampi Little<br>Law Offices of Sarah Lampi Little |
| 8 | 1276 A St.<br>Hayward, CA 94541 |
| 9 | Debtor Attorney |
| 10 | Martha G. Bronitsky<br>P.O. Box 5004 |
| 11 | Hayward, CA 94540-5004<br>Chapter 13 Trustee |
| 12 | |
| 13 | Wells Fargo Bank<br>c/o Managing and/or Servicing Agent |
| 14 | P.O. Box 4233<br>Portland, OR 97208-4233 |
| 15 | |
| 16 | Washoe County Treasurer<br>c/o Managing and/or Servicing Agent |
| 17 | P.O. Box 30039<br>Reno, NV 89520 |
| 18 | |
| 19 | Washoe County Assessor<br>1001 E. 9th |
| 20 | Reno, NV 89512-2845 |
| 21 | Washoe County Assessor<br>P.O. Box 11130 |
| 22 | Reno, NV 89520-0027 |
| 23 | Wells Fargo Home Mortgage<br>c/o Managing and/or Servicing Agent |
| 24 | P.O. Box 30427<br>Los Angeles, CA 90030 |
| 25 | |
| 26 | |
| 27 | |

Case: 10-42117   Doc# 15   Filed: 04/14/10   Entered: 04/14/10 15:49:48   Page 3 of 3